KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
HEATHER L. PICKERELL, ESQ., STATE BAR NO. 346211
HPICKERELL@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiff ALANIS MORISSETTE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALANIS MORISSETTE,<br>Plaintiff,<br>vs.<br>KEREN URINOV ,<br>Defendant. | CASE NO.<br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned counsel of record for Plaintiff Alanis Morissette certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| Alanis Morissette | Plaintiff |
| Keren Urinov | Defendant |

/ / /

/ / /

/ / /

DATED: September 1, 2026

KING, HOLMES, PATERNO & SORIANO, LLP

By: */s/ Howard E. King*
HOWARD E. KING
HEATHER L. PICKERELL
Attorneys for Plaintiff ALANIS MORISSETTE